UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEFFREY C. CLARK (#110365)

VERSUS

CIVIL ACTION

N. BURL CAIN, ET AL

NUMBER 11-522-JJB-DLD

**RULING**

Pro se plaintiff, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Warden N. Burl Cain, Deputy Warden Darrel Vannoy, Col. Bobby Achord, St. Tammany Parish Assistant District Attorney Tommy Block, Jefferson Parish Assistant District Attorney Mike Futrell, Caddo Parish Assistant District Attorney Lea Hall and Caddo Parish Assistant District Attorney Hugo A. Holland, Jr. Plaintiff alleged that prison officials confiscated incoming privileged legal mail and improperly listened to and recorded attorney-client privileged telephone communications and conveyed the information to prosecuting attorneys in violation of his constitutional rights. Plaintiff further alleged that on April 1, 2011, he was transferred to Camp D in retaliation for filing a motion for contempt against Warden Cain after he denied the plaintiff a contact visit.

Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 was denied because plaintiff previously alleged essentially the same facts involved in this action in *Jeffrey C. Clark v. N. Burl Cain, et al*, CV 11-271-JJB-SCR, which was

dismissed for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e, with prejudice to his refiling the same claims in forma pauperis.

On August 1, 2011, the plaintiff was granted 21 days from the date of the order to pay the court's filing fee in the amount of $350.

A review of the record showed that the plaintiff failed to pay the filing fee. Therefore, the plaintiff's § 1983 complaint shall be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 29th, 2011.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE